UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERWORLD NETWORK INTERNATIONAL, INC., a California corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>VWR INTERNATIONAL, INC., a Delaware corporation; MK SATHYA, an individual; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. CV-11-4843 CW<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE A SUR-REPLY IN CONNECTION WITH PLAINTIFF'S MOTION TO REMAND** |

1
2
3
4
5
6

     On November 15, 2011, Defendants VWR International, LLC f/k/a VWR International, Inc. and MK Sathya (collectively, "Defendants") moved for an administrative order authorizing Defendants to file a sur-reply to Plaintiff's Motion to Remand.  Based upon the motion for administrative order and any other papers or evidence considered by the Court, the Court hereby DENIES Defendants' motion for administrative order.

7
8

IT IS SO ORDERED.

9
10

Dated: December  14 , 2011

                                                             *[signature]*
Claudia Wilken
United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -          CASE NO. CV-11-4843 CW